**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01496-CR

### ZACHERY LEATCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the March 6, 2015 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Zachery Leatch, TDCJ No. 1971633, Gurney Unit, 1385 FM 3328, Tennessee Colony, Texas, 75803.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE